THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   CRIMINAL NO. 4:20-CR-385-SDJ-BD |
| | § |
| KAMRETH JAMISON REAVES | § |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 20, 2025, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #15) that the petition to revoke Defendant's supervised release (Dkt. #3) be dismissed without prejudice for want of jurisdiction.

Having received the Report of the United States Magistrate Judge (Dkt. #15), and no objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, the petition (Dkt. #3) is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

So ORDERED and SIGNED this 15th day of July, 2025.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE